**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FRANSLY ISRRAEL MEDRANO     :     Civil No. 1:26-CV-01141
HERNANDEZ,                              :
                                          :
      Petitioner,               :
                                          :
      v.                         :
                                          :
WARDEN, FCI LEWISBURG, *et al.*,    :
                                          :
      Respondents.          :     Judge Jennifer P. Wilson

**ORDER**

**AND NOW**, on this 21st day of May, 2026, in accordance with the

accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents are **PERMANENTLY ENJOINED** from detaining
   Petitioner pursuant to 8 U.S.C. § 1225.

3) An individualized bond hearing shall be held before an immigration
   judge as soon as possible but no later than **June 4, 2026**.

4) Petitioner shall file a status report by **June 11, 2026** to advise the
   court of the status of the bond hearing.

5) Petitioner may file a motion for fees and costs under the Equal Access
   to Justice Act within 30 days of final judgment in this action.

                                 s/Jennifer P. Wilson
                                 JENNIFER P. WILSON
                                 United States District Judge
                                 Middle District of Pennsylvania