# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANSLY ISRRAEL MEDRANO HERNANDEZ,   :    Civil No. 1:26-CV-01141

    Petitioner,    :

    v.    :

WARDEN, FCI LEWISBURG, *et al.*,    :

    Respondents.    :    Judge Jennifer P. Wilson

## **MEMORANDUM**

On May 21, 2026, the court entered a memorandum and order granting Petitioner's petition for writ of habeas corpus.  (Docs. 9, 10.)  The court ordered a new individualized bond hearing before an immigration judge and required Petitioner to file a status report to update the court on the bond hearing.  (Doc. 10.)  Because of this, the court did not enter judgment or close the case at that time.

Now, a bond hearing was held as ordered and Petitioner filed a motion to enforce on June 8, 2026.  (Doc. 11.)  At Respondents' request, the court stayed the resolution of the motion to enforce because Petitioner was granted a voluntary departure on June 15, 2026, and permitted to appeal that decision by July 15, 2026.  (Docs. 13, 14.)  Respondents filed a status report on July 17, 2026, advising the court that Petitioner did not appeal the order granting voluntary departure and that Petitioner's departure from their custody is imminent.  (Doc. 15.)

The court is satisfied that there is no need to rule on the merits of Petitioner's motion to enforce given Petitioner's voluntary departure occurring within the reasonably foreseeable future.  (*See id.*)  Accordingly, the court will enter an appropriate order lifting the stay on the motion to enforce, Doc. 11, denying the motion, entering judgment in favor of Petitioner, and closing this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Date:  July 20, 2026